Slip Op. 26-49

## UNITED STATES COURT OF INTERNATIONAL TRADE

**NEIMENGGU FUFENG BIOTECHNOLOGIES CO., SHANDONG FUFENG FERMENTATION CO., LTD., and XINJIANG FUFENG BIOTECHNOLOGIES CO., LTD.,**

   **Plaintiffs,**

 **and**

**MEIHUA GROUP INTERNATOINAL (HONG KONG) LIMITED and XINJIANG MEIHUA AMINO ACID CO., LTD.,**

   **Consolidated Plaintiffs,**

 **v.**

**UNITED STATES,**

   **Defendant.**

**Before: Gary S. Katzmann, Judge**
**Consol. Court No. 23-00068**

## JUDGMENT

This case involves the 2020 to 2021 administrative review of the antidumping duty order on imports of xanthan gum from China. Xanthan Gum From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2020-2021, 88 Fed. Reg. 9861 (Dep't Com. Feb. 15, 2023). Following a second remand, see Neimenggu Fufeng Biotechnologies Co. v. United States, 50 CIT __, 816 F. Supp. 3d 1356 (2026), the United States Department of Commerce ("Commerce") submitted the Final Results of Redetermination Pursuant to Court Remand, Apr. 30, 2026, ECF No. 79 ("Second Remand Results"). In the Second Remand Results, Commerce complied with the court's instructions to reconsider its valuation of Neimenggu Fufeng Biotechnologies Co., Shandong Fufeng

Fermentation Co., and Xinjiang Fufeng Biotechnologies Co.'s (collectively "Fufeng") coal and subsequently determined that "[HTS] 2701.19 is the proper subheading for the valuation of Fufeng's coal factor of production." Id. at 1–2; see also Fufeng, 816 F. Supp. 3d at 1370. As a result, Commerce calculated Fufeng's revised dumping margin to be zero percent. Second Remand Results at 2. "Because the separate rate for Meihua [Group International (Hong Kong) Limited and Xinjiang Meihua Amino Acid Co., Ltd.'s (collectively "Meihua")] was based on Fufeng's weighted-average dumping margin," Commerce also recalculated Meihua's separate rate to be zero percent. Id.

On May 1, 2026, Fufeng and Meihua notified the court that "they will not be filing comments" on the Second Remand Results, and that they "fully support the [Second Remand Results] that assigned them both a zero antidumping duty . . . margin." Pls.' and Consol. Pls.' Not. of No Comments on the Second Remand Redetermination at 1, May 1, 2026, ECF No. 80. On May 5, 2026, the Government filed a request that the court sustain Commerce's Second Remand Results. Def.'s Request to Sustain the Remand Redetermination, May 5, 2026, ECF No. 81. Accordingly, and pursuant to Rule 56.2 of the Rules of the U.S. Court of International Trade, it is hereby **ORDERED** that Commerce's Second Remand Results in this action are sustained.

**SO ORDERED**.

/s/ *Gary S. Katzmann*
Gary S. Katzmann, Judge

Dated: May 12, 2026
New York, New York